OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed, with costs.
 

 Although recited to have been “on the law” a reading of the memorandum of the Appellate Division discloses that it declined to entertain this action for declaratory judgment as “an inappropriate vehicle” (88 AD2d 825, 826). We conclude that there was no error of law in the Appellate Division’s substitution of its exercise of discretion for that of Special Term under CPLR 3001 (contrast
 
 Dun & Bradstreet v City of New York,
 
 276 NY 198, 206-207).
 

 Chief Judge Cooke and Judges Jasen, Jones, Wachtler, Fuchsberg, Meyer and Simons concur.
 

 Order affirmed, with costs, in a memorandum.